**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ARTHUR BALTHAZAR**
**Reg. #05586-078**                                                                                          **PLAINTIFF**

**V.**                                    **No. 2:11CV00075 JMM-BD**

**USA,** *et al.*                                                                                                **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be approved and adopted as this Court's findings in all respects.

Mr. Balthazar's claims against T.C. Outlaw, P. Herrington, Charles Crow, Dallas Johnson, Mr. Norville, Robert Bynum, and Annita Ford, as well as the John and Jane Doe Defendants are DISMISSED with prejudice.

IT IS SO ORDERED this 7th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE