## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ARTHUR BALTHAZAR**
**Reg. #05586-078**                                                                      **PLAINTIFF**

**V.**                              **No. 2:11CV00075 JMM-BD**

**USA,** *et al.*                                                                      **DEFENDANTS**

## <u>ORDER</u>

On August 1, 2011, Defendants filed a motion for summary judgment.  (Docket

entry #18)  Mr. Balthazar is notified of his opportunity to file a response opposing the

motion for summary judgment.  The response is due within fourteen (14) days of this

Order.[1]

Mr. Balthazar's response to the motion may include opposing affidavits that he or

others have signed.  All affidavits must be sworn to under oath, *i.e.*, notarized, or declared

to under penalty of perjury in accordance with 28 U.S.C. § 1746, and must be based upon

---

[1]Mr. Balthazar is reminded of his responsibility to comply with Local Rule
5.5(c)(2) of the Rules of the United States District Court for the Eastern District of
Arkansas, which provides: "It is the duty of any party not represented by counsel to
promptly notify the Clerk and the other parties to the proceedings of any change in his or
her address, to monitor the progress of the case, and to prosecute or defend the action
diligently.  A party appearing for himself/herself shall sign his/her pleadings and state
his/her address, zip code, and telephone number.  If any communication from the Court to
a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed
without prejudice.  Any party proceeding pro se shall be expected to be familiar with and
follow the Federal Rules of Civil Procedure."

the personal knowledge of the person signing the affidavit.  No affidavit will be considered in deciding the motion for summary judgment unless it has been sworn to under oath or declared under penalty of perjury.

Under Local Rule 56.1 of the Rules of the United States District Court for the Eastern District of Arkansas, Mr. Balthazar is also directed to file a separate, short and concise statement setting forth the facts which she thinks need to be decided at a trial.

IT IS SO ORDERED this 1st day of August, 2011.

_____

UNITED STATES MAGISTRATE JUDGE