**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ARTHUR BALTHAZAR**
Reg. #05586-078                                                                                        **PLAINTIFF**

V.                          No. 2:11CV00075 JMM-BD

**USA,** *et al.*                                                                                           **DEFENDANTS**

### ORDER

The Court has received and reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

The motion for summary judgment (#18) is GRANTED. Mr. Balthazar's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 22nd day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE