# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ARTHUR BALTHAZAR**
Reg. #05586-078                                                                                      **PLAINTIFF**

**V.**                            No. 2:11CV00075 JMM-BD

**USA,** *et al.*                                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 22nd day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE